Verna B. Jensen and Orville H. Jensen v. United Air Lines Transport Corporation.— Motion for leave to appeal to the Court of Appeals granted. [See 255 App. Div. 611.] Settle order on notice. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of Frederick Harjes and Others, Individually and as Trustees for Ox Realty Corporation, a Dissolved Corporation, for an Order against John McKenzie, Commissioner of Docks of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

## (February 17, 1939.)

The People of the State of New York ex rel. Hotel Astor, Respondent, Appellant, v. James J. Sexton and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants, Respondents. (Taxes of 1933.) The People of the State of New York ex rel. Hotel Astor, Respondent, Appellant, v. William Stanley Miller and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants, Respondents. (Taxes of 1934.) — Orders, so far as appealed from, unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ. [159 Misc. 280.]

In the Matter of the Application of The City of New York, Relative to Acquiring Title to the Real Property Required for the Widening of Cypress Avenue on Its Easterly Side, between East 133d Street and East 134th Street, and for the Widening of Southern Boulevard, on Its Easterly Side between East 134th Street and East 138th Street, in the Borough of The Bronx, City of New York. Frank C. Gareiss, Bessie Slattery and Irma Blair, Appellants; The City of New York and General Outdoor Advertising Co., Inc., Respondents.— Decree so far as appealed from unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

Addie Clark Andrews, as Executrix, etc., of Alfred Carpenter Andrews, Deceased, Respondent, v. The Continental Casualty Company, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

Reynolds Investing Company, Inc., Respondent, v. Clarence K. Reynolds and Others, Appellants, Impleaded with Others, Defendants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within twenty days after service of a copy of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

Jack Goldman, Appellant, v. Great Northern Investing Co., Inc., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

John P. McSorley, Respondent, v. Elias A. Cohen and 123 William Street Corporation, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of a copy of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.